KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 18-07484-WDK-RAO |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONSENT JUDGMENT |
| v. | |
| ORLANDO T. SOMOZA, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, ORLANDO T. SOMOZA, in the total amount of $16,694.28.

IT IS SO ORDERED:

Dated: 11/28/2018

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE

1